**KELLEY J. SHARKEY**
Attorney At Law
26 Court Street
Suite 2805
Brooklyn, New York 11242

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

August 10, 2007

Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ki Yung Yeung, Frances Eng, Bonnie Chao, Derek Mui*, 07 Cr. 461 (HB)

*By fax*

Dear Judge Baer:

I write on behalf of Bonnie Chao to request permission that she be allowed to travel to New Jersey this month on one or two occasions. The purpose of her travel is to take her two children to amusement parks. Her exact date of travel is dependent on the weather and her ability to be absent from work. I have conferred with the AUSA assigned to this case and Ms. Chao's Pretrial Services representative, neither objects to this travel. Thank you for your consideration in this matter.

OK w me

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 9/14/07

Sincerely,
Kelley J. Sharkey
26 Court St.
Suite 2805
Brooklyn, New York 11242

cc: AUSA David O'Neil
Pretrial Services Tracey Almadous

Tel. 718.858.8843 • Cell 917.796.3352 • Fax 718.875.0053